| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:05CR00009-03 |
| | DOCKET NUMBER (Receiving Court) |
| | 3:13CR-65-M |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/IN | New Albany |
| Christina Hall | NAME OF SENTENCING JUDGE | |
| Louisville, KY 40211 | The Honorable John D. Tinder, | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/27/2012 | TO 3/26/2017 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute in Excess of 50 Grams of Methamphetamine

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

APR. 17, 2013
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Western District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-1-13
Date

_[signature]_
United States District Judge

76/77

# United States District Court
## Southern District of Indiana
Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

104 U.S. Courthouse
921 Ohio Street
Terre Haute, Indiana
47807

101 Northwest MLK Boulevard
Evansville, Indiana
47708

210 U.S. Courthouse
121 West Spring Street
New Albany, Indiana
47150

**please reply to
New Albany Division**

April 22, 2013

Clerk, U.S. District Court
Gene Snyder U.S. Courthouse
601 West Broadway, Room 106
Louisville, KY 40202-2227

RE: 4:05-cr-9-RLY-MGN-3
USA v. Christina Hall

Dear Clerk:

Enclosed please find a Transfer of Jurisdiction-Probation Form 22 on the above named defendant. Part 1, Order Transferring Jurisdiction has been signed by Chief Judge Richard L. Young. Please have your Judge sign Part 2, Order Accepting Jurisdiction.

After returning the original form to our office, we will mail certified copies of the Indictment, Judgment and Docket Sheet to your office.

Thank you for your assistance in this matter.

Sincerely,

Laura A. Briggs

BY: *Laura Townsend*
Deputy Clerk, U.S. District Court

[FILED APR 23 2013 VANESSA L. ARMSTRONG, CLERK, U.S. DISTRICT COURT, WESTERN DIST. KENTUCKY]

U.S. District Court

Page 1 of 1



# Case Assignment
# Criminal Transfer of Jurisdiction

Case number 3:13CR-65-M

Assigned : Chief Judge Joseph H. McKinley, Jr.
Judge Code : 4414

Designated Magistrate Judge : Dave Whalin:44AP
Magistrate Judge Code :

Assigned on 04/24/2013

[ Request New Judge ] [ Return ]